IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HWA CHA CARMICHAEL,

    Plaintiff,                CIV S-12-0645 KJM CKD PS

    vs.

CITIBANK NATIONAL ASSOCIATION,

    Defendants.            ORDER AND ORDER TO SHOW CAUSE

        Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which she states that her monthly take home pay is $1600.

        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the

1

1  Clerk of the Court. Plaintiff is cautioned that failure to pay the fee will result in a
2  recommendation that the application to proceed in forma pauperis be denied and the instant
3  action be dismissed without prejudice.
4        In the complaint, plaintiff alleges that her home was wrongfully foreclosed. The
5  complaint, however, does not allege a basis for subject matter jurisdiction in this court. The
6  federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction,
7  plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject
8  matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this
9  action should not be dismissed.
10       Accordingly, IT IS HEREBY ORDERED that:
11       1. Within twenty-one days from the date of this order, plaintiff shall submit the
12 appropriate filing fee; and
13       2. No later than April 6, 2012, plaintiff shall show cause why this action should
14 not be dismissed for lack of subject matter jurisdiction.

Dated: March 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
carmichael-citibank.osc.den

2