IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HWA CHA CARMICHAEL,

    Plaintiff,                        CIV S-12-0645 KJM CKD PS

    vs.

CITIBANK NATIONAL ASSOCIATION,

    Defendants.                     FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 19, 2012, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not responded to the order to show cause.

        In the complaint, plaintiff alleges that her home was wrongfully foreclosed. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. Because there is no basis for federal subject matter jurisdiction evident in the complaint, and plaintiff has not responded to the order to show cause, this action should be dismissed for lack of subject matter jurisdiction.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

/////

1

1   These findings and recommendations will be submitted to the United States
2   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3   fourteen days after being served with these findings and recommendations, plaintiff may file
4   written objections with the court.  The document should be captioned "Objections to Magistrate
5   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
6   within the specified time may waive the right to appeal the District Court's order.  Martinez v.
7   Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
carmichael-citibank.ftc