IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HWA CHA CARMICHAEL,

    Plaintiff,                          CIV S-12-645 KJM CKD PS

    vs.

CITIBANK NATIONAL ASSOCIATION.       ORDER

                                             /

        By order filed April 13, 2012, plaintiff's complaint was dismissed and leave was granted to file an amended complaint within thirty days. Plaintiff has requested an extension of time to comply with that order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for extension of time (dkt. no. 7) is granted. Plaintiff's amended complaint shall be filed in conformance with the April 13, 2012 order no later than June 13, 2012.

Dated: May 3, 2012

                                                              CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE

4
carmichael.eot