IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HWA CHA CARMICHAEL,

    Plaintiff,                              CIV 2:12-cv-645 KJM CKD PS

   vs.

CITIBANK NATIONAL ASSOCIATION,

    Defendants.                             <u>ORDER</u>

_____/

        By order filed June 29, 2012, plaintiff's amended complaint was dismissed and leave was granted to file a second amended complaint within thirty days. Plaintiff has requested an extension of time to comply with that order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for extension of time (dkt. no. 11) is granted. Plaintiff's second amended complaint shall be filed in conformance with the June 29, 2012 order no later than August 24, 2012.

Dated: July 27, 2012

                                                _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

4
carmichael2.0645.eot