IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HWA CHA CARMICHAEL,

     Plaintiff,                  No. 2:12-0645 KJM CKD PS

    vs.

CITIBANK NATIONAL ASSOCIATION,

     Defendants.          <u>ORDER</u>

_____/

        This action was closed on August 15, 2012 pursuant to plaintiff's voluntary dismissal. Plaintiff has now filed a request for refund of the filing fee, which the court construes as a motion to reconsider the court's order denying plaintiff's application to proceed in forma pauperis. Upon reconsideration, the court has determined that plaintiff's application to proceed in forma pauperis should be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for refund of filing fee (dkt. no. 15), construed as a motion to reconsider the court's March 19, 2012 order denying plaintiff's application to proceed in forma pauperis, is granted.

        2. The Clerk of Court is directed to refund to plaintiff the filing fee paid on April 3, 2012.


      3.  This action shall remain closed.

Dated: September 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
carmichael-citibank.ref